# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE COLLINS,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>  Defendant. | 1:10-cv-01301 OWW GSA<br><br>**ORDER GRANTING STIPULATION OF FEBRUARY 25, 2011, IN PART** |

On February 25, 2011, one day after the deadline had passed for filing Plaintiff's Opening Brief in the above-entitled matter, the parties filed a Stipulation requesting that the deadline for Plaintiff's opening brief be extended from February 24, 2011 to March 28, 2011.  (Doc. 18.) Yet again, the parties did not address the tardiness of their request or otherwise explain their delay, despite this Court's previous and express admonishment (*see* Doc. 17) and Local Rule 144.

Nevertheless, the Court has considered the Stipulation filed February 25, 2011, coupled with the fact Plaintiff subsequently filed an opening brief (Doc. 19), and **GRANTS** the Stipulation  IN PART as follows:

1

1. Plaintiff's opening brief filed February 25, 2011, was timely filed *nunc pro tunc;*
2. Defendant shall serve an opposition no later than **March 28, 2011**; and
3. Plaintiff shall then file any reply to the opposition no later than **April 11, 2011**.

Lastly, the Court notes an apparent pattern wherein Plaintiff's attorney ignores the fact deadlines have passed, and fails to articulate any basis that establishes good cause for the request. Although the Court granted this request in this instance, failure to obey future court orders and/or Local Rules may result in the imposition of sanctions. Future requests for continuances are conditioned on proper adherence to the rules..

IT IS SO ORDERED.

Dated:   **February 28, 2011**              /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE